FLORENCE M. COLLINS, as Administratrix of the Estate of DONALD COLLINS, Deceased, Respondent, v. CITY OF NEW YORK, Defendant and Fourth-Party Plaintiff-Appellant-Respondent, and LONG ISLAND LIGHTING COMPANY, Defendant and Third-Party Plaintiff-Respondent. WELSBACH CORP., Third-and Fourth-Party Defendant-Appellant.—

564

Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.